IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE E. HORN, | No. C 14-1679 CW |
| Plaintiff, | ORDER GRANTING MOTION TO DISMISS AND LEAVE TO AMEND |
| v. | |
| NORTHROP GRUMMAN RETIREMENT PLAN and NORTHROP GRUMMAN BENEFIT PLAN ADMINISTRATIVE COMMITTEE, | (Docket No. 13) |
| Defendants. | |

Plaintiff Marie E. Horn brings this Employee Retirement Income Security Act (ERISA) claim against Defendants Northrop Grumman Retirement Plan B and Northrop Grumman Benefit Plan Administrative Committee (collectively, Defendants).  Defendants move to dismiss the complaint.  Plaintiff has filed a partial opposition to the motion, requesting leave to file an amended complaint.  Defendants have filed a reply to that request, arguing that amendment would be futile.

Having considered the motion on the papers, the Court GRANTS the motion to dismiss and GRANTS Plaintiff leave to amend.

DISCUSSION

Plaintiff's counsel alleges that, at the time of filing the complaint, he had not yet obtained and reviewed the administrative record of Plaintiff's correspondence with Defendants.  Thus, he has conceded that the complaint requires additional allegations in order to survive a motion to dismiss.  See Docket No. 21 at 1.  As a result, he requests that the Court grant Plaintiff leave to

amend her complaint, and offers to file an amended complaint within fourteen days of the date of this order.

Accordingly, the Court GRANTS Defendants' motion to dismiss without prejudice (Docket No 13).  Within fourteen days of the date of this order, Plaintiff may file an amended complaint.  If Plaintiff files an amended complaint, Defendants shall respond to it within fourteen days after it is filed.  Plaintiff's reply, if necessary, shall be due seven days thereafter.  Any motion to dismiss will be decided on the papers.

IT IS SO ORDERED.

Dated:   11/4/2014

_____
CLAUDIA WILKEN
United States District Judge