MAYER BROWN LLP
DOMINIQUE-CHANTALE ALEPIN (SBN 241648)
dalepin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California  94306-2112
Telephone:     (650) 331-2000
Facsimile:     (650) 331-2060

Attorneys for Defendants
NORTHROP GRUMMAN RETIREMENT PLAN
AND NORTHROP GRUMMAN BENEFIT PLAN
ADMINISTRATIVE COMMITTEE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MARIE E. HORN,<br><br>         Plaintiff,<br><br>   v.<br><br>NORTHROP GRUMMAN RETIREMENT PLAN AND NORTHROP GRUMMAN BENEFIT PLAN ADMINISTRATIVE COMMITTEE,<br><br>         Defendants. | Case No. 4:14-cv-01679-CW<br><br>**DEFENDANTS NORTHROP GRUMMAN RETIREMENT PLAN AND NORTHROP GRUMMAN BENEFIT PLAN ADMINISTRATIVE COMMITTEE'S MOTION FOR ORDER AND ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>**(Civ. L.R. 7-11 and 11-5)** |

1       Pursuant to Civil L.R. 7-11 and 11-5, Defendants NORTHROP GRUMMAN

2   RETIREMENT PLAN AND NORTHROP GRUMMAN BENEFIT PLAN ADMINISTRATIVE

3   COMMITTEE (the "Northrop Defendants") hereby move the Court for an order permitting the

4   withdrawal of their counsel of record, Christopher Charles Scheithauer and Prashant Kolluri of

5   McDermott Will Emery LLP, and the appearance of substitute counsel, Dominique-Chantale

6   Alepin of Mayer Brown LLP, on their behalf in this action.  The Northrop Defendants

7   respectfully submits that said substitution of counsel is in the interests of justice.

8       The Northrop Defendants, McDermott Will Emery LLP and Mayer Brown LLP consent

9   to such withdrawal and substitution of counsel.

10      Accordingly, the Northrop Defendants respectfully request that the Court enter an order

11  reflecting this change, and that all necessary changes be made to the Court's records and ECF,

12  and that all future communications regarding this case be directed to the following:

13

14      MAYER BROWN LLP
        DOMINIQUE-CHANTALE ALEPIN (SBN 241648)
        Two Palo Alto Square, Suite 300
15      3000 El Camino Real
        Palo Alto, California  94306-2112
16      Telephone:     (650) 331-2000
        Facsimile:     (650) 331-2060
17      Email: dalepin@mayerbrown.com

18

19      Counsel for Plaintiff Marie E. Horn, Laurence Fred Padway, was informed of the

20  proposed substitution and indicated that Plaintiff Marie E. Horn does not oppose this motion on

21  October 30, 2014.

22      This motion is not made for purposes of delay or any other improper purpose.

23      WHEREFORE, the Northrop Defendants respectfully requests this Court enter their

24  Order permitting withdrawal and substitution of counsel for the Northrop Defendants, and update

25  the Court's ECF system for this case by removing Christopher Charles Scheithauer and Prashant

26  Kolluri of McDermott Will Emery LLP as counsel of record and substituting in their place

27  Dominique-Chantale Alepin of Mayer Brown LLP, as counsel of record for the Northrop

28

1

1    Defendants.

2
3    November 3, 2014                          McDERMOTT WILL & EMERY LLP

4
5                                              By: /s/ Christopher Charles Scheithauer
                                                   Christopher Charles Scheithauer
6                                                  Prashant Kolluri

7    November 3, 2014                          MAYER BROWN LLP

8
9                                              By: /s/ Dominique-Chantale Alepin
                                                   Dominique-Chantale Alepin
10

11
12   November 3, 2014                          NORTHROP GRUMMAN RETIREMENT
                                               PLAN
13

14                                             By: _____
15

16
17   November 3, 2014                          NORTHROP GRUMMAN BENEFIT PLAN
                                               ADMINISTRATIVE COMMITTEE
18

19                                             By: _____
20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

Having reviewed and considered Defendants Northrop Grumman Retirement Plan and Northrop Grumman Benefit Plan Administrative Committee's Motion for Order Permitting Withdrawal and Substitution of Counsel, and good cause appearing, the Court hereby orders that counsel of record, Christopher Charles Scheithauer and Prashant Kolluri of McDermott Will Emery LLP be permitted to withdraw as counsel of record, and Dominique-Chantale Alepin of Mayer Brown LLP may appear as substitute counsel of record for Northrop Grumman Retirement Plan and Northrop Grumman Benefit Plan Administrative Committee.  The Court's ECF system shall be updated to reflect these changes.

**IT IS SO ORDERED.**

Dated:  November 7, 2014

Claudia Wilken
United States District Judge

DEFENDANTS' MOTION FOR ORDER AND [PROPOSED] ORDER PERMITTING WITHDRAWAL AND
SUBSTITUTION OF COUNSEL — CASE NO. 4:14-CV-01679-CW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## GENERAL ORDER ATTESTATION

I, Dominique-Chantale Alepin, am the ECF user whose ID and password are being used to file **NORTHROP GRUMMAN RETIREMENT PLAN AND NORTHROP GRUMMAN BENEFIT PLAN ADMINISTRATIVE COMMITTEE'S MOTION FOR ORDER AND [PROPOSED] ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL**. In compliance with General Order 45.X.B., I hereby attest that Christopher Charles Scheithauer and Prashant Kolluri of McDermott Will Emery LLP has concurred in this filing.

Dated: _____, 2014                    MAYER BROWN LLP

By: /s/ Dominique-Chantale Alepin _____
      Dominique-Chantale Alepin

DEFENDANTS' MOTION FOR ORDER AND [PROPOSED] ORDER PERMITTING WITHDRAWAL AND
SUBSTITUTION OF COUNSEL — CASE NO. 4:14-CV-01679-CW