| | |
|---|---|
| 1 | Samuel P. Myler (*Pro Hac Vice*) |
| 2 | SMyler@mayerbrown.com<br>71 South Wacker Drive<br>Chicago, IL 60606 |
| 3 | Telephone: 312.782.0600 |
| 4 | Dominique-Chantale Alepin (SBN 241648)<br>dalepin@mayerbrown.com |
| 5 | Two Palo Alto Square, Suite 300<br>3000 El Camino Real |
| 6 | Palo Alto, California 94306-2112<br>Telephone: (650) 331-2000 |
| 7 | *Attorneys for Defendants* |
| 8 | |
| 9 | LAURENCE F. PADWAY (SBN 89314)<br>Email: lpadway@padway.com<br>1516 Oak Street, Suite 109 |
| 10 | Alameda, California 94501<br>Telephone: (510) 814 6100 |
| 11 | *Attorney for Plaintiff* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marie E. Horn,<br><br>    Plaintiff,<br><br>    v.<br><br>Northrop Grumman Corporation, and Northrop Grumman Benefit Plan Administrative Committee,<br><br>    Defendants. | Case No. 4:14-cv-01679-CW<br><br>JOINT STIPULATION TO EXTEND FILING DEADLINE TO ANSWER OR OTHERWISE RESPOND TO SECOND AMENDED COMPLAINT |

Whereas, on April 10, 2015, Plaintiff Marie E. Horn filed her Second Amended Complaint for Breach of Fiduciary Duty. Pursuant to the Court's March 27, 2015 order, Defendants answer or response to Plaintiff's Second Amended Complaint is due on April 24, 2015. (ECF No. 50.)

The parties have stipulated to extend Defendants' time to answer or respond by twenty-four (24) days. Accordingly, Defendants' answer or response shall be filed on or before May 18, 2015.

**STIPULATED**

Dated: April 17, 2015      By: */s/ Samuel P. Myler*
                                   Attorney for Defendants

Dated: April 17, 2015      By: */s/ Laurence F. Padway*
                                   Attorney for Plaintiff

**SO ORDERED**

Dated: _____      _____
                                   Hon. Judge Claudia Wilken
                                   United States District Judge

- 1 -
JOINT STIPULATION TO EXTEND FILING DEADLINE TO ANSWER OR OTHERWISE RESPOND
4:14-CV-01679 CW