Samuel P. Myler (*Pro Hac Vice*)
SMyler@mayerbrown.com
71 South Wacker Drive
Chicago, IL 60606
Telephone:  312.782.0600

Dominique-Chantale Alepin (SBN 241648)
dalepin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone: (650) 331-2000

*Attorneys for Defendants*

LAURENCE F. PADWAY (SBN 89314)
Email: lpadway@padway.com
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510) 814 6100

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marie E. Horn,<br><br>    Plaintiff,<br><br>    v.<br><br>Northrop Grumman Corporation and Northrop Grumman Benefit Plan Administrative Committee,<br><br>    Defendants. | Case No. 4:14-cv-01679-CW<br><br>STIPULATION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT |

On April 10, 2015, Plaintiff Marie E. Horn filed her Second Amended Complaint for Misrepresentation.  On May 18, 2015, Defendants filed a motion to dismiss the Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  Plaintiff filed her response brief to Defendants' motion to dismiss on June 2, 2015.  Pursuant to the Court's March 27, 2015 order granting Defendants' motion to dismiss Plaintiff's First Amended Complaint, Defendants' reply is due on or before June 8, 2015.  However, counsel for Defendants is currently out of the office and not returning to work until that same date.  Accordingly, a short extension of time is necessary to afford Defendants sufficient time to prepare and file their reply brief.

Therefore, the parties hereby stipulate to extend Defendants' time to file a reply brief in support of their motion to dismiss Plaintiff's Second Amended Complaint for Misrepresentation by seven (7) days.  Defendants shall file and serve their reply on or before June 15, 2015.

**STIPULATED:**

Dated: June 5, 2015                    By: */s/ Samuel P. Myler*
                                       Attorney for Defendants

Dated: June 5, 2015                    By: */s/ Laurence F. Padway*
                                       Attorney for Plaintiff

**SO ORDERED:**

Dated:  06/08/2015              _____
                                Hon. Judge Claudia Wilken
                                United States District Judge